UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY DALE BARGER,<br>aka GARY FISHER,<br><br>      Petitioner,<br><br>    v.<br><br>RANDY TUCKER,<br><br>      Respondent. | Case No. 15-cv-00648-WHO (PR)<br><br>**ORDER OF DISMISSAL** |

Petitioner Gary Dale Barger has failed to comply with the Court's order to (1) file a complete application to proceed *in forma pauperis* ("IFP"), or (2) pay the full filing fee of $5.00. Accordingly, this federal habeas action is DISMISSED without prejudice for failing to respond to the Court's order, and for failure to prosecute, *see* Fed. R. Civ. P. 41(b). Because this dismissal is without prejudice, Barger may move to reopen the action. Any such motion **must** contain a complete IFP application. The Clerk shall enter judgment in favor of respondent, and close the file.

**IT IS SO ORDERED.**

**Dated:** March 31, 2015

WILLIAM H. ORRICK
United States District Judge